# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Betty D. Wilkerson | CHAPTER 13 |
| | BKY. NO. 18-10278 ELF |
| <u>Debtor</u> | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of TOYOTA MOTOR CREDIT CORPORATION and index same on the master mailing list.

                                                     Respectfully submitted,
                                                   **/s/ Kevin G. McDonald, Esq.**
                                                   Kevin G. McDonald, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322