**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Betty D. Wilkerson

                Debtor(s)

_____

TOYOTA MOTOR CREDIT CORPORATION

              v.

Betty D. Wilkerson

              and

William C. Miller Esq.

              Trustee

Chapter 13

NO. 18-10278 ELF

## ORDER

AND NOW, this 18th day of September , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is **ORDERED**  that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow TOYOTA MOTOR CREDIT CORPORATION and its successor in title to exercise its *in rem* rights with respect to the 2013 Toyota Highlander automobile, VIN:5TDZK3EH2DS103036 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**