United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Betty D. Wilkerson  
      Debtor

Case No. 18-10278-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db             +Betty D. Wilkerson,    1520 N. Allison Street,    Philadelphia, PA 19131-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
       ZACHARY   PERLICK    on behalf of Debtor Betty D. Wilkerson Perlick@verizon.net,   pireland1@verizon.net  
                                                                                                                                                   TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Betty D. Wilkerson
                 Debtor(s)

TOYOTA MOTOR CREDIT CORPORATION
         v.
Betty D. Wilkerson
         and
William C. Miller Esq.
         Trustee

Chapter 13

NO. 18-10278 ELF

## ORDER

AND NOW, this 18th day of September, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on    it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow TOYOTA MOTOR CREDIT CORPORATION and its successor in title to exercise its *in rem* rights with respect to the 2013 Toyota Highlander automobile, VIN:5TDZK3EH2DS103036 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**