# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-10278-ELF

BETTY  D WILKERSON

1520 N. ALLISON STREET

PHILADELPHIA, PA 19131

        Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

BETTY  D WILKERSON

1520 N. ALLISON STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                          /S/ William C. Miller

Date: 10/10/2019
                          _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee