Certificate Number: 01267-PAE-DE-037581481

Bankruptcy Case Number: 18-10278



01267-PAE-DE-037581481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2023, at 10:32 o'clock AM CDT, Betty D Wilkerson completed a course on personal financial management given by telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 11, 2023

By: /s/Cristina Gonzalez

Name: Cristina Gonzalez

Title: Counselor